**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Paul A. Frasca | | CHAPTER 13 |
| | Debtor | |
| PNC Bank, National Association | | |
| | Movant | |
| vs. | | NO. 17-13980 JKF |
| Paul A. Frasca | Debtor | |
| Arshaluys D. Frasca | Co-Debtor | |
| William C. Miller Esq. | Trustee | |
| | | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this *13th* day of *December*, 2017 at Philadelphia, upon failure of Debtor, the Co-Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the codebtor stay under Section 1301, are  modified with respect to the subject premises located at 529 South Queen Anne Drive a/k/a 529 Queen Anne Drive, Fairless Hills, PA 19030 ("Property"), as to Movant, its successors or assignees.

*Magdeline D. C*
United States Bankruptcy Judge.