IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
|    Paul A. Frasca | : |
| | : |
| | :      Case No.: 17-13980MDC |
| | : |
| Debtor(s) | :      Chapter 13 |

CERTIFICATE OF NO RESPONSE

     I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees filed at Docket Number 28.

Dated: December 29, 2017         /s/ Brad J. Sadek, Esquire
                                                Brad J. Sadek, Esquire
                                                Sadek and Cooper
                                                "The Philadelphia Building"
                                                1315 Walnut Street, #502
                                                Philadelphia, PA 19107
                                                215-545-0008