# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 17-13980-MDC

PAUL A FRASCA

610 HIDDEN FOREST COURT APT 1

FAIRLESS HILLS, PA 19030

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  PAUL A FRASCA

  610 HIDDEN FOREST COURT APT 1

  FAIRLESS HILLS, PA 19030

Counsel for debtor(s), by electronic notice only.

  BRAD J. SADEK ESQ
  SADEK LAW OFFICE
  1315 WALNUT STREET #502
  PHILADELPHIA, PA 19107-

                                                        /S/ William C. Miller

Date: 4/3/2018                            _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee