United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13980-mdc
Paul A. Frasca                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore         Page 1 of 1              Date Rcvd: Mar 22, 2019
                            Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
14001477          Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,   P.O. BOX 24605,
                   West Palm Beach FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Paul A. Frasca brad@sadeklaw.com,   bradsadek@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Fannie Mae paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Fannie Mae paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-13980-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Paul A. Frasca
610 Hidden Forest Court, Apt 1
Fairless Hills PA 19030

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/21/2019.

Name and Address of Alleged Transferor(s):

Claim No. 11: Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach FL 33416-4605

Name and Address of Transferee:

PHH Mortgage Corporation
Bankruptcy Department
1 Mortgage Way, Mail Stop SV-22
Mt. Laurel, NJ 08054

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/24/19

Tim McGrath
**CLERK OF THE COURT**