United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                      Case No. 17-13980-mdc
Paul A. Frasca                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                      Page 1 of 3
Date Rcvd: Oct 07, 2022              Form ID: 138OBJ                Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul A. Frasca, 610 Hidden Forest Court, Apt 1, Fairless Hills, PA 19030-4118 |
| 13980683 | + | TD BANK, N.A., Payment Processing, PO BOX 16029, Lewiston, ME 04243-9507 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 08 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 13930703 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 08 2022 00:07:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13972233 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 08 2022 00:07:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13990349 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 08 2022 00:08:16 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13930710 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 08 2022 00:07:00 | RBS Citizens Cc, 1 Citizens Dr, Ms: Rop 15b, Riverside, RI 02915 |
| 13935319 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 08 2022 00:07:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14003443 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2022 00:07:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 13930704 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2022 00:08:11 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13958363 | | Email/Text: BKPT@cfna.com | Oct 08 2022 00:07:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 13930705 | + | Email/Text: BKPT@cfna.com | Oct 08 2022 00:07:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 13939601 | | Email/Text: mrdiscen@discover.com | Oct 08 2022 00:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13930706 | + | Email/Text: mrdiscen@discover.com | Oct 08 2022 00:07:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 13947557 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 08 2022 00:07:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 13985533 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2022 00:08:10 | LVNV Funding, LLC its successors and assigns |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14001477 | | Email/Text: BKEBN-Notifications@ocwen.com | Oct 08 2022 00:07:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach FL 33416-4605 |
| 13930707 | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 08 2022 00:07:00 | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 14292798 | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 08 2022 00:07:00 | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mt. Laurel, NJ 08054-4637 |
| 14000425 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 08 2022 00:07:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13930709 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 08 2022 00:07:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 13957324 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 08 2022 00:08:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13978627 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14215998 | + | Email/Text: bncmail@w-legal.com | Oct 08 2022 00:07:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13930712 | | Email/Text: bankruptcy@td.com | Oct 08 2022 00:07:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 13930713 | + | Email/PDF: tbiedi@PRAGroup.com | Oct 08 2022 00:08:10 | The Bureaus Inc, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13930711 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, RBS Citizens Cc, 1 Citizens Dr, Ms: Rop 15b, Riverside, RI 02915 |
| 13930708 | *+ | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2022  Signature:  /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 07, 2022 | Form ID: 138OBJ | Total Noticed: 26

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Paul A. Frasca brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| JEROME B. BLANK | on behalf of Creditor Fannie Mae jblank@avallonelaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Fannie Mae tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Paul A. Frasca
        Debtor(s)

Case No: 17−13980−mdc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/7/22

68 − 67
Form 138OBJ